# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHERYL TOVAR, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:19-CV-803-M-BK |
| § | |
| U.S. HEALTHWORKS CONCENTRA, § | |
| ET AL., § | |
| DEFENDANTS. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed, but on February 12, 2020, Plaintiff filed a Motion to Amend, but did not, as the Court's rules require, attach a copy of the proposed Amendment. Even if the Court were to nevertheless consider the Motion as an amendment, Plaintiff points to no adverse action based on any protected activity, and the EEOC charge attached names an employer who Plaintiff has neither sued nor sought to sue. The District Court therefore reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 28th day of February, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE